# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### WESTERN DIVISION

**A.C.S.**                                                              **PETITIONER**

**V.**                                                **Cause No. 5:26-cv-00047-DCB-BWR**

**RAFAEL VERGARA,**                                          **RESPONDENTS**
*in his official capacity as Warden of Adams*
*County Correctional Center,* **et al**

## ORDER

This matter is before the Court on A.C.S.'s Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [21]. Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi.

The Court directs Respondents to file an answer or other responsive pleading to Petitioner's Amended Petition. Respondents' answer or other responsive pleading is due within twenty (20) days of the service of a copy of this Order. Counsel for Petitioner desiring to file a rebuttal may do so within fourteen days after Respondents file an answer or other responsive pleading. The Court also directs Respondents to respond to Petitioner's Motion to Proceed under Pseudonym [8] within twenty (20) days of the service of a copy of this Order.

**IT IS THEREFORE ORDERD** that Respondents shall file an answer or other responsive pleading in this cause within twenty (20) days of the service of a copy of this order. Respondents shall file with their answer or other responsive pleading any agency records or court records relevant to the disposition of this cause. Counsel for Petitioner desiring to file a rebuttal may do so within fourteen days after Respondents file an answer or other responsive pleading.

1

**IT IS FURTHER ORDERED** that Respondents shall respond to Petitioner's Motion to Proceed Under Pseudonym [8] within twenty (20) days of service of a copy of this order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Amended Petition [21] and Motion to Proceed Under Pseudonym [8] filed herein, along with a copy of this Order upon the Civil Process Clerk, Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Correctional Center, P.O. Box 850, Washington, MS 39190.

**SO ORDERED**, this 17th day of March 2026.

_s/ Bradley W. Rath_

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

2